# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| AMERICAN MODERN PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KEATON LUTHER, an individual; LUTHER CAPITAL, LLC, a Domestic Limited-Liability Company; RYAN A. ANDERSON, an individual; JONATHAN R. ANDERSON, an individual; ALIXANDRIA BURTON as Special Administrator of the ESTATE OF WALTER R. ANDERSON; ANDREW JAMES RODRIGUEZ, an individual; SABRINA JUENGER, an individual; SCOTT L. HUSS, an individual; ALL STAR CARS, LLC, a Domestic Limited-Liability Company; CORY MCCORMACK, an individual; JOSEPH CUELLER, an individual,<br><br>　　　　　Defendants. | 2:22-cv-00785-APG-VCF<br>**<u>ORDER</u>** |

Before the court is Plaintiff's ex parte application for order for service by publication on defendant Cory McCormack (ECF No. 25). Some defendants have appeared. They are entitled to notice of the filing of instant motion through CM/ECF. Plaintiff has not provided the court with any reason to grant the relief on an *ex parte* basis.

Pursuant to Local Rule IA 7-2(b), neither party nor an attorney for any party may make an *ex parte* communication with the court except as specifically permitted by the local rules or the Federal Rules of

Civil Procedure. Here, Plaintiff has not given good cause or any compelling reason why the instant motion was submitted to the Court without notice to defendant.

Accordingly,

IT IS HEREBY ORDERED that any opposition to Plaintiff's ex parte application for order for service by publication on defendant Cory McCormack (ECF No. 25), must be filed on or before November 4, 2022.

The Clerk of Court is directed to remove the ex parte status on Plaintiff's ex parte application for order for service by publication on defendant Cory McCormack (ECF No. 25).

DATED this 27th day of October 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE