**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| AMERICAN MODERN PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>KEATON LUTHER, an individual; LUTHER CAPITAL, LLC, a Domestic Limited-Liability Company; RYAN A. ANDERSON, an individual; JONATHAN R. ANDERSON, an individual; ALIXANDRIA BURTON as Special Administrator of the ESTATE OF WALTER R. ANDERSON; ANDREW JAMES RODRIGUEZ, an individual; SABRINA JUENGER, an individual; SCOTT L. HUSS, an individual; ALL STAR CARS, LLC, a Domestic Limited-Liability Company; CORY MCCORMACK, an individual; JOSEPH CUELLER, an individual,<br><br>Defendant(s). | 2:22-cv-00785-APG-VCF<br>**<u>ORDER</u>** |

Before the Court is Shumway Van's motion to withdraw as counsel (ECF NO. 31).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on Shumway Van's motion to withdraw as counsel (ECF NO. 31), is scheduled for 2:00 PM, December 1, 2022, in Courtroom 3D, Third Floor at the United States District Court, Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd. S., Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED that a director, officer, or managing agent of Luther Capital, LLC, must attend the scheduled hearing.

1

IT IS FURTHER ORDERED that Keaton Luther must attend the scheduled hearing.

DATED this 16th day of November 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE